UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-61227-CIV-ALTMAN/Hunt

**DANIEL MONCADA**,

    Plaintiff,

vs.

**WAWA, INC., a foreign for-profit corporation,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff DANIEL MONCADA, by and through undersigned Counsel, hereby gives notice that the parties have reached a settlement in principle with respect to Plaintiff's claims.  In light of the parties' settlement, Plaintiff respectfully requests that the Court dismiss this action with leave to reopen the case in forty-five (45) days from today's date in the event a final Stipulation of Voluntary Dismissal with Prejudice has not been submitted by that date.  Plaintiff also requests that the Court adjourn all pending dates and deadlines.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21th day of July, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Robert L. Duston, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC  20006-3434
(202) 341-3415
robduston@saul.com

Antionette Theodossakos, Esq.
SAUL EWING ARNSTEIN & LEHR, LLP
Northridge Centre, Suite 1400
515 North Flagler Drive
West Palm Beach, FL  33401
(561) 833-9800
Antoinette.theodossakos@saul.com

*Attorneys for Defendant*
*WAWA, INC.*

/s/ *Roderick V. Hannah*
Roderick V. Hannah