UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-61227-CIV-ALTMAN/Hunt

**DANIEL MONCADA**,

   Plaintiff,

vs.

**WAWA, INC., a foreign for-profit corporation,**

   Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff, DANIEL MONCADA, hereby gives notice of dismissal *with prejudice* of the above action pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Date:  September 4, 2020

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, PA** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL  33324 | Miami, FL  33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email:  pduran@pelayoduran.com |
| | |
| By    *s/ Roderick V. Hannah* | By    *s/ Pelayo M. Duran* |
|        RODERICK V. HANNAH |        PELAYO M. DURAN |
|        Fla. Bar No. 435384 |        Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Antoinette Theodossakos, Esq.
**SAUL EWING ARNSTEIN & LEHR LLP**
Counsel for Defendant
Northridge Centre, Suite 1400
515 North Flagler Drive
West Palm Beach, FL  33401
(561) 833-9800
Email:  antoinette.theodossakos@saul.com

*Attorneys for Defendant*
*WAWA, INC..*

                                              /s/ *Roderick V. Hannah*
                                                    Roderick V. Hannah